**FILED**

05/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0087

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0087

_____

CITY OF GREAT FALLS,

      Plaintiff and Appellee

    v.

ELEANOR A. LAMERE,

      Defendant and Appellant,

                                       O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable John A. Kutzman, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 13 2020